**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Midwest Urologic Stone Unit Limited Partnership,

Plaintiff,

vs.

Alan H. Domina; Richard A. Crusinberry; Don L. Henslee; Peter E. Howe; Sushil S. Lacy; Andrew J. Lepinski,

Defendants

Case No. 01-212 JRT/FLN

**STIPULATION FOR EXTENSION TO FILE ANSWER**

It is hereby stipulated and agreed by the parties, through their respective counsel, that Defendants shall be permitted an extension, until Friday, March 2, 2001 to file its Answer and any Responsive Pleadings. Both parties enter into this Stipulation without waiver of any and all rights.

Dated: February 26, 2001

Faegre & Benson LLP

By [signature]
Jay D. Christiansen #16718
Richard A. Duncan #192983
Elizabeth H. Schmiesing#229258
Karleen M. O'Connor #304864
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Attorneys for Plaintiff

Dated: February 26, 2001

DORSEY & WHITNEY LLP

By [signature]
J Jackson #49219
Todd W. Schnell #252256
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: 612/340-2760
Attorneys for Defendants

SO ORDERED.
[signature]

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK