UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-212 JRT/FLN

Midwest Urologic Stone Unit Limited Partnership,

Plaintiff,

vs.

Alan H. Domina; Richard A. Crusinberry; Don L. Henslee; Peter E. Howe; Sushil S. Lacy; Andrew J. Lepinski,

Defendants.

**ORDER**

State of Minnesota )
) ss
County of Hennepin )

Plaintiff's Motion to Amend the Protective Order is granted. Plaintiff's Motion to Compel Discovery is granted in part and denied in part and

IT IS HEREBY ORDERED:

1) The Protective Order is amended as set forth in the Amended Protected Order attached hereto and shall govern the pretrial proceedings;

2) Defendants are ordered to respond to Plaintiff's Document Request No. 3 and Interrogatory No. 6;

3) Plaintiff's Motion to Compel production of documents responsive to Document Request No. 6 is denied;

FILED AUG 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

4) Defendants shall make available patient records, billing records, contracts with third party payors or providers and scheduling documents responsive to Plaintiff's Document Requests No. 10, 16, 17, 22. To the extent the responsive documents contain patient information, the production of such documents shall comply with the provisions of the Health Insurance Portability and Accountability Act of 1996 and the documents shall be protected consistent with the provisions of the Act. Responsive documents shall be made available in Lincoln, Nebraska at the office of Urology P.C. and/or Pine Lake Surgical Center to representatives of Faegre & Benson LLP and Midwest Urologic Stone Unit Limited Partnership at a time mutually agreed upon by Defendants and Plaintiff. Plaintiff shall reimburse Defendants for all expenses reasonably incurred with the production of responsive documents. The representatives of Faegre & Benson and Midwest Urologic Stone Unit Limited Partnership shall be permitted to review the responsive documents in an unredacted form. However, if Plaintiff requests copies of certain documents from this litigation, such documents shall be redacted to protect patient information and treated consistent with the requirements of the Health Insurance Portability and Accountability Act of 1996.

Dated: August 8, 2001

BY THE COURT:

Franklin L. Noel

Magistrate Judge Franklin L. Noel

M1:770424.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500