**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Midwest Urologic Stone Unit Limited Partnership,

Plaintiff,

vs.

Alan H. Domina; Richard A. Crusinberry; Don L. Henslee; Peter E. Howe; Sushil S. Lacy; Andrew J. Lepinski,

Defendants.

**Civil No. 01-212 JRT/FLN**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION

Plaintiff and Defendants hereby stipulate to the dismissal, with prejudice and on the merits, of the above-captioned civil action including all claims and counterclaims. All parties to this lawsuit shall bear their own costs.

DORSEY AND WHITNEY, LLP
Attorneys for Defendants

J. David Jackson (#49219)
Todd Schnell (#252256)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1492

and

Larry Albers
Suite 320 Commerce Court 1230 "O" Street
Lincoln, NE 68508

FAEGRE & BENSON LLP
Attorneys for Plaintiff

Jay D. Christiansen, #16718
Richard A. Duncan, #192983
Elizabeth H. Schmiesing, #229258
Karleen M. O'Connor, #304864
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

It is so ordered. Let judgment be entered accordingly.

John R. Tunheim 3/6/02

Judge John R. Tunheim
U.S. District Court, District of Minnesota

M1:831502.01